# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WEST COAST LIFE INSURANCE COMPANY | Case No.: 2:21-cv-01584-JCM-NJK |
| Plaintiff, | **Order** |
| v. | [Docket No. 9] |
| MICHAEL BLAKE, et al., | |
| Defendants. | |

Pending before the Court is Plaintiff's motion for a scheduling conference in this interpleader action, Docket No. 9, which is **GRANTED**. A scheduling conference is hereby **SET** for 2:00 p.m. on February 10, 2022. Counsel for all parties shall appear telephonically by calling the Court conference line at 877-402-9757 at least five minutes prior to the hearing. The conference code is 6791056. In order to ensure a clear recording of the hearing, the call must be made using a land line phone. Cell phone calls, as well as the use of a speaker phone, are prohibited.

IT IS SO ORDERED.

Dated: February 2, 2022

_____
Nancy J. Koppe
United States Magistrate Judge