# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WEST COAST LIFE INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL BLAKE, et al.,<br><br>    Defendants. | Case No.: 2:21-cv-01584-JCM-NJK<br><br>**Order**<br><br>[Docket No. 20] |

Pending before the Court is Defendant Michael Blake's motion to reschedule the scheduling conference in this interpleader action, Docket No. 20, which is **GRANTED**. The scheduling conference is hereby **CONTINUED** to 10:00 a.m. on February 28, 2022. Defendant Michael Blake and counsel for all other parties shall appear telephonically by calling the Court conference line at 877-402-9757 at least five minutes prior to the hearing. The conference code is 6791056. In order to ensure a clear recording of the hearing, the call must be made using a land line phone. Cell phone calls, as well as the use of a speaker phone, are prohibited.

IT IS SO ORDERED.

Dated: February 8, 2022

_____
Nancy J. Koppe
United States Magistrate Judge

1